**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 15-cr-00100-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MARIO ERNESTO MEJIA-MELGAR,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 19) filed April 27, 2015, the status/scheduling hearing regarding Defendant Mejia-Melgar set **Tuesday, April 28, 2015 is VACATED**.

      This will further confirm that a change of plea hearing is set **Monday, May 11, 2015 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: April 27, 2015