**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

**COURTROOM MINUTES**
_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Buchanan | Date: | July 30, 2015 |
| Court Reporter: | Tracy Weir | Probation: | Melissa Roberts |
| | | Interpreter: | Marcela Salazar |

_____

Criminal Action No. 15-cr-00100-LTB          _Counsel:_

UNITED STATES OF AMERICA,                    Geoffrey Rieman

    Plaintiff,

v.

1. MARIO ERNESTO MEJIA-MELGAR,              Matthew Belcher

    Defendant.

_____

**SENTENCING**
_____

9:06 a.m.     Court in Session.

Defendant is present and in custody.

Defendant speaks English and does not need an interpreter. Interpreter available if necessary.

> Defendant plead guilty to Count 1 of the Indictment on May 11, 2015.

**ORDERED**: Government's Motion for an Additional One-Level Reduction for Acceptance of Responsibility Under §3E1.1 (Doc. No. 26) is **GRANTED**.

Argument by Mr. Belcher regarding Defendant's Motion for a Sentence Below the Advisory Guidelines.

1

Response and sentencing statement by Mr. Rieman.

Statements by Mr. Belcher and Defendant.

**ORDERED**: Defendant's Motion for a Sentence Below the Advisory Guidelines (Doc. No. 28) is **DENIED**.

**ORDERED**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Mario Ernesto Mejia-Melgar, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 46 months.

Court recommends that the Bureau of Prisons place Defendant at an institution in Colorado.

Court recommends that the Bureau of Prisons credit Defendant with 114 days spent in presentence confinement.

Court recommends that the Bureau of Prisons allow Defendant to enter in the residential drug treatment program.

**ORDERED**: Upon release from imprisonment, Defendant shall be placed on supervised release for a period of 3 years.

**ORDERED**: Conditions of Supervised Release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the Court.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because Defendant will likely be deported.
- (X) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITION** of Supervised Release:
- (X) If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report in person to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED**: Defendant shall pay a special assessment of $100.00, which is due and payable immediately.

**ORDERED**:  No fine is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

9:54 a.m.     Court in Recess.
Hearing concluded.
Time:  00:48